STATE, EX REL. JOHN H. HOPKINS, APPELLEE, v. DARIUS M. AMSBERRY, SECRETARY OF STATE, APPELLANT.

FILED JUNE 29, 1920.   No. 21235.

APPEAL from the district court for Lancaster county: WILLIAM M. MORNING, JUDGE. *Appeal dismissed.*

*Clarence A. Davis, Attorney General,* and *George W. Ayres,* for appellant.

*John H. Hopkins* and *John P. Breen, contra.*

*L. M. Pemberton* and *W. T. Thompson, amici curiæ.*

PER CURIAM. The decision of this case is controlled by that in *State, ex rel. Ayres v. Amsberry, ante,* p. 279, and the appeal is therefore dismissed.